IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR,

 Plaintiff,

v.

DAVID MULKEY,
NATHAN LAGIGLIA, and
MIKE TYLER,

 Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on non-parties Colorado Bureau of Investigation (CBI), Colorado Crime Information Center (CCIC), and Deputy Director Dan Volz's **Motion to Quash Subpoenas** [#33] (the "Motion").

IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **June 10, 2026, at 1:30 p.m.** by VTC. A response shall be due in the ordinary course. No replies will be permitted.

The parties shall utilize the following meeting instructions:

For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

Dated: May 4, 2026