**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR,

      Plaintiff,

v.

DAVID MULKEY,
NATHAN LAGIGLIA,
MIKE TYLER,

      Defendants.

## <u>UNOPPOSED</u> MOTION TO AMEND THE SCHEDULING ORDER

Plaintiff, by and through her attorneys, submits this Unopposed Motion to Amend the Scheduling Order, and states as follows:

1.      The parties are currently in the process of completing discovery. Plaintiff deposed Defendants Mulkey and LaGiglia, and Plaintiff's deposition is scheduled for May 20, 2026.

2.      The parties have exchanged written discovery, and Plaintiff has sought records from the Colorado Bureau of Investigation ("CBI") via subpoena. The subpoena seeks information available to the defendant officers at the time of Plaintiff's arrest.

3.      CBI filed a Motion to Quash asserting that it is not required to produce records in response to a federal subpoena concerning the violation of constitutional rights. Doc. 33.

4.    The Court set a motions hearing for June 10, 2026. Doc. 35.

5.    Plaintiff's response brief to the Motion to Quash is due May 22, 2026.

6.    In addition to resolving the discovery dispute with CBI, Plaintiff intends to depose Defendant Tyler and conduct a Rule 30(b)(6) deposition of Garfield County.

7.    The current deadlines are as follows (Doc. 29):

a.    Affirmative experts        May 11, 2026

b.    Rebuttal experts          June 10, 2026

c.    Discovery cut-off         July 10, 2026

d.    Dispositive motions       August 10, 2026

8.    Plaintiff requires additional time to complete the aforementioned discovery and requests that the deadlines be amended as follows:

a.    Affirmative experts        September 11, 2026

b.    Rebuttal experts          October 9, 2026

c.    Discovery cut-off         November 10, 2026

d.    Dispositive motions       December 11, 2026

9.    This is the first request to amend the Scheduling Order, and no trial date has been set.

**WHEREFORE**, Plaintiff respectfully requests that the Court amend the Scheduling Order as described herein.

Respectfully submitted this 5th day of May 2026.

**s/Zachary L. Shiffler**
Zachary L. Shiffler
Edward C. Hopkins
Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: 720-515-6165
Fax: 720-465-1975
zach@rightslitigation.com
ed@rightslitigation.com
raymond@rightslitigation.com
*Attorneys for Plaintiff*

<u>**CERTIFCATE OF SERVICE**</u>

I hereby certify that on this 5th day of May 2026, a true and correct copy of the foregoing
<u>**UNOPPOSED**</u> **MOTION TO AMEND THE SCHEDULING ORDER**
was filed via electronically via ECF and is expected to be served on the following:


Peter H. Doherty
5251 DTC Parkway
Greenwood Village, CO 80111
Telephone: 303-730-3900
Fax: 303-730-3939
peter@lasaterandmartin.com
*Attorney for Defendant Tyler*

and

Heather K. Beattie
Graham L. Jackson
County Attorney
Garfield County Attorney' s Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601
gjackson@garfieldcountyco.gov
hbeattie@garfieldcountyco.gov
Telephone: 970-945- 9150
Fax: 970-384-5005
*Attorneys for Defendants Mulkey & LaGiglia*


<u>**s/ Zachary L. Shiffler**</u>
**Zachary L. Shiffler**

4