**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR,

Plaintiff,

v.

MIKE TYLER

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of United States Senior District Judge John L. Kane entered on May 12, 2026 [ECF No. 39] it is

ORDERED that the Recommendation of United States Magistrate Judge [ECF No. 32] is ACCEPTED AND ADOPTED It is

FURTHER ORDERED that Defendant Mike Tyler's Motion to Dismiss [ECF No. 16] is GRANTED and Plaintiff, Jennifer O'Connor's claims brought against Defendant Tyler in this case are DISMISSED. It is

FURTHER ORDERED that judgment is entered in favor of Defendant Tyler and against the Plaintiff.

FURTHER ORDERED that Defendant Tyler is awarded his costs to be taxed by the

Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1.



Dated at Denver, Colorado this 12th day of May, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:    s/M. Smotts
       M. Smotts
       Deputy Clerk