# Exhibit 1

## Graham Jackson

| | |
|---|---|
| **From:** | Volz - CDPS, Dan <dan.volz@state.co.us> |
| **Sent:** | Friday, February 13, 2026 1:45 PM |
| **To:** | Lou Vallario; Heather Beattie; Graham Jackson |
| **Subject:** | Report/Information |

⊘ External email ›

Good afternoon,

Please see the records below that were run during the timeframe in question, and let me know if you have any questions or need additional information.  Have a great weekend.

| Run (Name - DOB, License Plate) | By (Officer Name) | Date - Time | Query Type |
|---|---|---|---|
| GSQ173 | Mulkey, David | 07/30/2024 - 8:13 PM | QV |
| GSQ173 | Mulkey, David | 07/30/2024 - 8:20 PM | QV |
| SIMPSON, JENNIFER - 06/13/1976 | Mulkey, David | 07/30/2024 - 8:23 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Mulkey, David | 07/30/2024 - 8:23 PM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Mulkey, David | 07/30/2024 - 8:23 PM | QW |
| GSQ173 | Betancourt, Xochitl | 07/30/2024 - 8:24 PM | QV |
| SIMPSON, JENNIFER - 06/13/1976 | Betancourt, Xochitl | 07/30/2024 - 8:24 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Betancourt, Xochitl | 07/30/2024 - 8:24 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Betancourt, Xochitl | 07/30/2024 - 8:26 PM | YQ |
| SIMPSON, JENNIFER - 06/13/1976 | Wilson, Joshua | 07/30/2024 - 8:28 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Wilson, Joshua | 07/30/2024 - 8:28 PM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Wilson, Joshua | 07/30/2024 - 8:28 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Burrows, Brett | 07/30/2024 - 8:48 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Burrows, Brett | 07/30/2024 - 8:48 PM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Burrows, Brett | 07/30/2024 - 8:48 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Lara, Edgar | 07/30/2024 - 10:00 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Lara, Edgar | 07/30/2024 - 10:00 PM | DQ |
| OCONNOR, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | QW |
| OCONNOR, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | DQ |
| OCONNOR, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | QDH |
| OCONNER, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | QW |
| OCONNER, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | DQ |
| OCONNER, JENNIFER MARE - 06/23/1977 | Lagiglia, Nathan | 07/30/2024 - 10:09 PM | QDH |

1

# Exhibit 1

| | | | |
|---|---|---|---|
| SIMPSON, JENNIFER - 06/13/1976 | Lagiglia, Nathan | 07/30/2024 - 10:14 PM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Lagiglia, Nathan | 07/30/2024 - 10:14 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Lagiglia, Nathan | 07/30/2024 - 10:14 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Fulton, Maryann | 07/30/2024 - 10:27 PM | QH |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/30/2024 - 10:53 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/30/2024 - 10:53 PM | QH |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/30/2024 - 10:53 PM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Betancourt, Xochitl | 07/30/2024 - 10:58 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Betancourt, Xochitl | 07/30/2024 - 10:58 PM | DQ |
| GSQ173 | Lagiglia, Nathan | 07/30/2024 - 11:29 PM | QV |
| OCONNER, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 12:08 AM | QH |
| SIMPSON, JENNIFER ELIZABETH - 06/23/1977 | Estrada, Fernanda | 07/31/2024 - 1:42 AM | QW |
| SIMPSON, JENNIFER ELIZABETH - 06/23/1977 | Estrada, Fernanda | 07/31/2024 - 1:42 AM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/31/2024 - 1:45 AM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/31/2024 - 1:45 AM | QH |
| SIMPSON, JENNIFER - 06/13/1976 | Fruetel, Derek | 07/31/2024 - 1:45 AM | QDH |
| SIMPSON, JENNIFER - 06/13/1976 | Fulton, Maryann | 07/31/2024 - 1:51 AM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Fulton, Maryann | 07/31/2024 - 1:51 AM | DQ |
| OCONNOR, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 1:52 AM | QW |
| OCONNOR, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 1:52 AM | DQ |
| OCONNER, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 2:06 AM | QH |
| OCONNER, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 5:13 AM | QH |
| OCONNOR, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 5:20 AM | QW |
| OCONNOR, JENNIFER - 06/23/1977 | Fulton, Maryann | 07/31/2024 - 5:20 AM | DQ |
| GSQ173 | Horsey, Laura | 07/31/2024 - 11:10 AM | QV |
| OCONNOR, JENNIFER - 06/23/1977 | Horsey, Laura | 07/31/2024 - 11:46 AM | QH |
| SIMPSON, JENNIFER - 06/13/1976 | Timbreza, Lanette | 07/31/2024 - 12:21 PM | QW |
| SIMPSON, JENNIFER - 06/13/1976 | Timbreza, Lanette | 07/31/2024 - 12:21 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Timbreza, Lanette | 07/31/2024 - 12:25 PM | QH |
| SIMPSON, JENNIFER - 06/13/1976 | Lara, Edgar | 07/31/2024 - 2:31 PM | DQ |
| SIMPSON, JENNIFER - 06/13/1976 | Lara, Edgar | 07/31/2024 - 2:31 PM | QW |

**Daniel Volz**
**Deputy Director**

Exhibit 1



**COLORADO**
**Bureau of Investigation**
Department of Public Safety

P 303-239-4162 | F 303-239-5858

690 Kipling Street, Suite 3000, Denver CO  80215

dan.volz@state.co.us | www.colorado.gov/cbi

***PLEASE NOTE***
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the sender by email, do not read the contents. Any review, disclosure, copying, use, or distribution of the information included in this communication and attachments, if any, is strictly prohibited.

3