IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

Civil Action: 25-cv-01854-JLK-KAS        Date: June 10, 2026
Courtroom Deputy: Laura Galera        FTR - Courtroom A501

| *Parties:* | *Counsel:* |
| --- | --- |
| JENNIFER MARIE O'CONNOR, | Zachary Shiffler |
| Plaintiff, | |
| v. | |
| DAVID MULKEY, ET AL., | Heather Beattie |
| | Lisa McCarty |
| Defendants. | |

---

## COURTROOM MINUTES

---

**MOTION HEARING**
**Court in session: 1:39 p.m.**
Court calls case.  Appearances of counsel; all parties appear by vtc.

Argument by counsel as to non-parties Colorado Bureau of Investigation (CBI), Colorado Crime Information Center (CCIC), and Deputy Director Dan Volz's Motion to Quash Subpoenas [#33].

For the reasons as stated on the record it is:

**ORDERED:**   Non-parties Colorado Bureau of Investigation (CBI), Colorado Crime Information Center (CCIC), and Deputy Director Dan Volz's Motion to Quash Subpoenas [#33] is GRANTED.

Hearing concluded.
**Court in recess:     2:36 p.m.**
Total time in court:     00:57

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303)-815-0487 or scheduling@pattersontranscription.com.