**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR,

     Plaintiff,

v.

DAVID MULKEY, *et al.*,

     Defendants.

---

**ENTRY OF APPEARANCE**

---

     Clayton J. Ankney, Second Assistant Attorney General, who is a member in good standing of the bar of this Court, hereby enters his appearance on behalf of Colorado Bureau of Investigation (CBI), Colorado Crime Information Center (CCIC), and Deputy Director Dan Volz, non-party movants to this litigation.

     All pleadings, correspondence, notices, and other documents should be sent to undersigned counsel at the address specified.

     DATED this 7th day of July 2026

<div style="margin-left:50%">

Philip J. Weiser
Attorney General

*s/ Clayton J. Ankney*
Clayton J. Ankney
Second Assistant Attorney General
Tort Litigation Unit
Civil Litigation & Employment Law Section
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6604
Email: clayton.ankney@coag.gov

</div>