**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01854-JLK

JENNIFER MARIE O'CONNOR,

Plaintiff,

v.

DAVID MULKEY and NATHAN LAGIGLIA in their individual capacities,

Defendants.

---

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

---

Through the Garfield County Attorney's Office, Assistant County Attorney Graham Jackson, and County Attorney Heather Beattie, Defendant Garfield County Sheriff's Office Deputies Mulkey and LaGigilia, in their individual capacity ("Deps. Mulkey and LaGigilia"), submits this Unopposed Motion to Amend the Scheduling Order, and states as follows:

1. The parties are currently in the final stages of completing discovery in this matter.

2. Deps. Mulkey and LaGigilia require additional time for their expert, Mr. Daigle, to complete his rebuttal expert report. The current deadline to submit expert rebuttal reports is October 9, 2026. Deps. Mulkey and LaGigilia request this deadline be extended seven (7) business days through and including October 16, 2026.

3. The current deadlines are as follows:

| | | |
|---|---|---|
| a. | Affirmative experts | September 11, 2026 |
| b. | Rebuttal experts | October 9, 2026 |
| c. | Discovery cut-off | November 10, 2026 |

d. Dispositive motions December 11, 2026

4. Deps. Mulkey and LaGiglia request that the deadlines be amended as follows:

a. Rebuttal experts October 16, 2026

5. This request does not modify any other dates in the scheduling order as Amended by the Magistrate's Order [Doc 38].

6. This is Deps. Mulkey and LaGiglia's first request to amend the scheduling order. No trial date has been scheduled.

WHEREFORE, Deps. Mulkey & LaGigilia respectfully request his Court to amend the scheduling order to extend the deadline to submit/exchange rebuttal expert reports from October 9, 2026, to October 16, 2026.

Respectfully submitted this 30th day of September 2026.

Garfield County Attorney's Office

*/s/ Graham L. Jackson*
Graham L. Jackson
Assistant County Attorney

*/s/ Heather K. Beattie*
Heather K. Beattie
County Attorney
Garfield County Attorney's Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Fax: (970) 384-5005
E-mail: gjackson@garfieldcountyco.gov
E-mail: hbeattie@garfieldcountyco.gov
*Attorneys for Deps. Mulkey & LaGiglia*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2026, I filed the foregoing UNOPPOSED MOTION TO AMEND SCHEDULING ORDER via CM/ECF which will serve a true and correct copy upon the following:

Edward C. Hopkins Jr.
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: ed@rightslitigation.com
*Attorney for Plaintiff*

Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: raymond@rightslitigation.com
*Attorney for Plaintiff*

Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: raymond@rightslitigation.com
*Attorney for Plaintiff*

*/s/Danni Veals*_______________
Paralegal