EXHIBIT 4

Civil Rights Litigation Group
A People's Rights Law Firm

**Zach Shiffler <zach@rightslitigation.com>**

# O'Connor v. Mulkey, et al. - Plaintiff's Rule 30(b)(6) subpoena & discovery disputes

**Zach Shiffler** <zach@rightslitigation.com> Thu, Oct 15, 2026 at 10:12 AM
To: Heather Beattie <hbeattie@garfieldcountyco.gov>
Cc: Graham Jackson <gjackson@garfieldcountyco.gov>, Danielle Veals <DVeals@garfieldcountyco.gov>, Raymond Bryant <raymond@rightslitigation.com>, Ed Hopkins <ed@rightslitigation.com>

Hi Heather,

Thank you for the follow-up. Given the objections to everything and the approaching discovery deadline, I do not think further conferral will be productive. We will notify chambers of the discovery dispute with Defendants and file a motion to compel regarding the Rule 30(b)(6) deposition and SDT.

Regards,

**Zachary L. Shiffler**
**Civil Rights Litigation Group**
1543 Champa St., Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fax: (720) 465-1975

On Wed, Oct 14, 2026 at 9:46 PM Heather Beattie <hbeattie@garfieldcountyco.gov> wrote:

> Hi Zach,
>
> Here are the responses to the issues you raised below. Please let me know how you would like to proceed.
>
> Sincerely,
> Heather K. Beattie
> Garfield County Attorney
> 108 8th Street, Suite 219
> Glenwood Springs, Colorado 81601
> Phone: 970-945-9150, ext. 1715
> Fax: 970-384-5005
> Email: hbeattie@garfieldcountyco.gov
>
> This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. Unauthorized interception of this e-mail is a violation of federal criminal law. If you have received this communication in error, please immediately notify our office at 970-945-9150 and destroy this message. Do not forward this email without authorization from the Garfield County Attorney's Office. Thank you.
>
> ---
>
> **From:** Zach Shiffler <zach@rightslitigation.com>
> **Sent:** Wednesday, October 7, 2026 11:37 AM

EXHIBIT 4

**To:** Heather Beattie <hbeattie@garfieldcountyco.gov>; Graham Jackson <gjackson@garfieldcountyco.gov>; Danielle Veals <DVeals@garfieldcountyco.gov>; Raymond Bryant <raymond@rightslitigation.com>; Ed Hopkins <ed@rightslitigation.com>
**Subject:** O'Connor v. Mulkey, et al. - Plaintiff's Rule 30(b)(6) subpoena & discovery disputes

Heather,

Attached is a subpoena for a Rule 30(b)(6) deposition of the Garfield County Sheriff's Office. Please confirm that your office waives service of the subpoena and let me know if you would like to discuss any of the topics.

Additionally, there are a few discovery disputes we need to raise with the Court before discovery closes.

First, there is the issue concerning the CCIC information, fingerprint scan results, and DMV photos reviewed by the deputies during the incident. We requested that information from the individual defendants via discovery requests (RFPs #3-4, 6), and we requested it from Garfield County via a subpoena duces tecum (Requests #2-3, 5-8, 10). At the discovery dispute hearing with CBI, you objected to a determination on those issues because we had not yet completed the discovery dispute process. We can complete that conferral now. Please let me know whether Defendants and the County will supplement their responses with the requested information.

Second, we intend to raise a discovery dispute regarding Defendant Mulkey's response to Interrogatory #20. We believe the balancing test weighs in favor of disclosing the confidential informants, especially considering Defendant Mulkey's misleading statement in his affidavit that he knew Ms. O'Connor from previous law enforcement contacts. Safeguards such as a protective order with an Attorney's Eyes Only provision can address privacy and safety concerns. Please let me know if Defendant Mulkey will supplement his response.

I suspect we'll disagree on the discovery disputes. Nonetheless, Judge Starnella's practice standards require a phone call between the parties before raising a discovery dispute. I am available for most of tomorrow and Friday, so please let me know a time that works for you.

Regards,

**Zachary L. Shiffler**
**Civil Rights Litigation Group**
1543 Champa St., Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fax: (720) 465-1975

---

Garfield County's email domain has changed to @garfieldcountyco.gov. Please take a moment to update my contact information.