EXHIBIT 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR

Plaintiff,

v.

DAVID MULKEY,
NATHAN LAGIGLIA,
MIKE TYLER,

Defendants.

---

**DEFENDANT'S VERIFIED RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY**

---

To: Jennifer Marie O'Connor, plaintiff
C/o: Zach Shiffler, Esq.
Ed Hopkins, Esq.
Civil Rights Litigation Group
1543 Champa St., Suite 400
Denver, CO 80202

From: David Mulkey, defendant
C/o: Graham Jackson, Esq.
Heather Beattie, Esq.
Garfield County Attorney's Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, defendant David Mulkey ("Defendant") hereby responds to Plaintiff's First Set of Written Discovery to Defendant David Mulkey.

## I. GENERAL OBJECTIONS AND RESERVATION OF RIGHTS

EXHIBIT 5

that indicated a past charge of Identity Theft that made it questionable to trust Plaintiff's protestations of an alternate name. Defendant and other officers on scene compared biological data and photographs returned by NCIC/CCIC and DMV data and believed the descriptions matched the person they had detained. Defendant and other officers on scene compared biological data in the warrant and believed the descriptions matched the person they had detained.

**Interrogatory No. 7**

Explain in detail what you saw on the mobile fingerprint scanner screen when Ms. O'Connor's fingerprints were scanned (including the name, date of birth, any identification numbers, and any indication of "no record" or "no warrant"), who was present when those results appeared and any discussions you had about what those results meant.

**Response:**

Defendant objects to this interrogatory on the grounds that it is vague and is overbroad and unduly burdensome.

Without waiving the objections, Defendant responds that he did not personally observe the mobile fingerprint scanner. Defendant believes that Deputy Nathan LaGiglia was present when fingerprint results appeared. Defendant discussed the results with Deputy LaGiglia. Defendant believes the results were discussed with Plaintiff and other officers on scene.

**Interrogatory No. 8**

EXHIBIT 5

Simpson and a date of birth of 06/13/1976 as well as a warrant from Mesa County. Defendant responds that other queries may have been made through mobile data terminals or dispatch by others on scene but is unaware of exact dates and times, search queries, or return results. Defendant responds that results were generally discussed with other officers on scene, but cannot identify exactly who was informed.

**Interrogatory No. 14**

Describe all steps you or your agency took after Ms. O'Connor's release to correct, amend, or expunge any law-enforcement or court records reflecting that she was "Jennifer Simpson" or that she had been arrested on Mesa County case D0392024CR000730, including communications with any external agencies.

**Response:**

Defendant responds that when he learned that the Garfield County Jail staff had determined the mistaken identity and released Plaintiff, he contacted the Colorado 9th Judicial District Attorney's Office to inform them that the wrong person had been arrested. Defendant is personally unaware of the actions of the rest of the Garfield County Sheriff's Office, but understands that a fingerprint correction or mistaken identity notification may have been made to the Colorado Bureau of Investigation.

**Interrogatory No. 15**

Describe all communications you have had since July 30, 2024, with prosecutors, judges, or other criminal-justice officials about Ms. O'Connor's arrest, including any expressions of

EXHIBIT 5

**Response:** Defendant Admits, see Interrogatory No. 4.

**RFA No. 2:** Admit that you had not arrested Jennifer Marie O'Connor prior to July 30, 2024.

**Response:** Defendant admits, see Interrogatory No. 4.

**RFA No. 3:** Admit that, prior to Ms. O'Connor being transported to jail, you reviewed records indicating that Jennifer Elizabeth Simpson's height is five feet and eleven inches.

**Response:** Defendant denies.

**RFA No. 4:** Admit that, prior to Ms. O'Connor being transported to jail, you reviewed records indicating that Jennifer Elizabeth Simpson's eyes are blue.

**Response:** Defendant admits.

**RFA No. 5:** Admit that, at the arrest scene on July 30, 2024, the mobile fingerprint scanner displayed the name "Jennifer O'Connor" (or "Jennifer Connor").

**Response:** Defendant admits, see Interrogatory No. 7.

**RFA No. 6:** Admit that, at the arrest scene on July 30, 2024, the mobile fingerprint scanner displayed a date of birth of June 23, 1977.

**Response:** Defendant admits, see Interrogatory No 7.

EXHIBIT 5

**Response:** Defendant admits this is a case of mistaken identity.

Dated this 19th day of December, 2025

AS TO FORM, OBJECTIONS AND STATEMENT REGARDING DEFENDANT'S PRODUCTION OF DOCUMENTS

Heather K. Beattie, Esq.
Graham L. Jackson, Esq.
Attorneys for Plaintiffs
Garfield County Attorney's Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601
(970) 945-9150
hbeattie@garfieldcountyco.gov
gjackson@garfieldcountyco.gov

EXHIBIT 5

**VERIFICATION OF DEPUTY DAVID MULKEY OF THE GARFIELD COUNTY SHERIFF'S DEPARTMENT**

I, Deputy David Mulkey state and verify that the foregoing **DEFENDANT'S VERIFIED RESPONSES TO PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY** have been prepared, with the assistance and advice of counsel, through consultation with Garfield County employees who have knowledge or information regarding the matters raised in Plaintiff's discovery requests and in this lawsuit; in reliance upon the information so obtained; and that the responses set forth herein are based upon, and therefore necessarily limited by, the records and information still in existence, presently recollected, and/or thus far discovered in the course of the preparation of these responses.

Defendant Deputy David Mulkey reserves the right to make any changes to the responses if it appears at any time that omissions or errors have been made herein or that more accurate information is available. Subject to the limitations set forth herein, these said responses are true to the best of my knowledge, information and belief.

[signature]
Deputy David Mulkey

STATE OF COLORADO )
) ss.
COUNTY OF Garfield )

SUBSCRIBED AND SWORN to before me this 19th day of December, 2025, in the County of Garfield, State of Colorado, by the above said Deputy David Mulkey.

WITNESS my hand and official seal.

My commission expires: 08/11/2027

MELISSA BURROWS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234030849
MY COMMISSION EXPIRES 08/11/2027

[signature]
Notary Public