EXHIBIT 2

Civil Rights Litigation Group
A People's Rights Law Firm

**Ed Hopkins <ed@rightslitigation.com>**

# O'Connor v. Mulkey, et al. - Garfield County SDT responses

3 messages

**Zach Shiffler** <zach@rightslitigation.com> Wed, Mar 4, 2026 at 6:01 PM
To: Graham Jackson <gjackson@garfieldcountyco.gov>, Heather Beattie <hbeattie@garfieldcountyco.gov>, Danielle Veals <DVeals@garfieldcountyco.gov>
Cc: Ed Hopkins <ed@rightslitigation.com>

Graham and Heather,

I am writing to follow up on Plaintiff's discovery requests to Defendants Mulkey and LaGiglia, and the subpoena to Garfield County. We have completed our review of the records and identified several deficiencies. Below are the issues we will need to resolve before we can proceed with Defendant Mulkey's deposition.

(1) We are unable to access the Cellebrite report. The "Read Me" file says to drag and drop the UFD file onto the Cellebrite application. When I do that, the application opens but says the file is not supported by the application. I also tried to open the UFD file through the application, but it does not recognize the UFD file as a compatible file.

(2) We did not receive the native electronic audit trail for the mobile fingerprint scanner used on Ms. O'Connor prior to her arrest. We need the results from the fingerprint scanner and all associated metadata, along with all fingerprint "hits" for Ms. O'Connor and Ms. Simpson prior to July 31, 2024. According to the policy for the mobile fingerprint scanner, every "hit" must be documented. *See* SDT Nos. 8 and 10.

(3) The policy for the mobile fingerprint scanner says there is state-mandated training for it. *See* GC 884. It appears we did not receive the training records for the mobile fingerprint scanner. *See* SDT Nos. 7 and 13.

(4) We did not receive the DMV query results for Ms. O'Connor or Ms. Simpson from the day of the arrest. *See* SDT No. 6. The deputies conducted a DMV search for Ms. O'Connor and Ms. Simpson, and we need the records they reviewed when making the decision to arrest Ms. O'Connor.

(5) We appear to be missing the police reports regarding prior police contacts of Ms. O'Connor and Ms. Simpson, including but not limited to the arrest of Ms. Simpson on June 21, 2024. *See* SDT Nos. 17 and 18.

(6) The Axon evidence logs reference at least eight recordings from Mulkey, LaGiglia, Graham, Fruetel, Burrows, and Gasache, but it appears we only received two BWC records (GC 54-55).

(7) The CBI query log identifies four individuals – Xochitl Betancourt, Joshua Wilson, Laura Horsey, Lanette Timbreza – who ran CBI/CCIC queries related to this arrest but were not disclosed under Rule 26(a)(1).

(8) There are gaps between the Bates numbers in our file (e.g., GC 29, 40, 3247-3282, 3284-3906, 3908-4006). I checked the Dropbox links we received, and it appears these Bates numbers were not included.

We will need these records by March 11, 2026, to have sufficient time to prepare for Defendant Mulkey's deposition. Otherwise, we will need to reschedule his deposition. If we cannot reach an agreement regarding the issues identified above, we will need to raise a discovery dispute with the Court. Please let us know if you would like to schedule a phone call to discuss further.

Best regards,

**Zachary L. Shiffler**
**Civil Rights Litigation Group**
1543 Champa St., Suite 400
Denver, CO 80202
Phone: (720) 515-6165
Fax: (720) 465-1975

**Graham Jackson** <gjackson@garfieldcountyco.gov> Thu, Mar 5, 2026 at 8:41 AM

EXHIBIT 2

To: Zach Shiffler <zach@rightslitigation.com>, Heather Beattie <hbeattie@garfieldcountyco.gov>, Danielle Veals <DVeals@garfieldcountyco.gov>
Cc: Ed Hopkins <ed@rightslitigation.com>

Zach:

I will look into these issues post haste today and get back to you ASAP. Thank you for the specificity.

**Graham Jackson**

Deputy Garfield County Attorney

108 8th Street, Suite 219

Glenwood Springs, CO 81601

Office: 970-945-9150

Direct: 970-945-1377 x 1700

Garfield County

[Quoted text hidden]

---

Garfield County's email domain has changed to @garfieldcountyco.gov. Please take a moment to update my contact information.

---

**Graham Jackson** <gjackson@garfieldcountyco.gov> Wed, Mar 11, 2026 at 11:37 AM
To: Zach Shiffler <zach@rightslitigation.com>, Heather Beattie <hbeattie@garfieldcountyco.gov>, Danielle Veals <DVeals@garfieldcountyco.gov>
Cc: Ed Hopkins <ed@rightslitigation.com>

Zach:

Thanks for your patience while we investigated the deficiencies you identified. Danni Veals should be following up shortly with a supplemental disclosure document with three of the four individuals and some corrections to bates numbering. Your email mentions Dropbox and I want to note that we had issues with our Dropbox disclosures, particularly with BWC video, and later reissued everything on Microsoft SharePoint. Please make sure you are checking the SharePoint link, not Dropbox, for downloads.

To address your deficiencies in order:

1. **Cellebrite Report** – We have had several people pull and test the cellebrite report. All have been successful. Please pull the one from SharePoint and confirm. I can request it again from the GCSO evidence technician if you're still unable to open it. It's possible the one in Dropbox got corrupted with our other Dropbox issues.
2. **Fingerprint electronic audit trail** - We have had LaGiglia's fingerprint device examined for records that are accessible on the device and have found none. I believe our forensic evidence technician is looking at the device to see if anything can be extracted. At this time we have no records to disclose, but will certainly provide anything if found.

EXHIBIT 2

3. **State-mandated fingerprint training** – CBI did a presentation to the Sheriff's Office some years ago about the fingerprint scanners for the state mandated training. No training materials were given to the Sheriff's Office. At this time we have no records to disclose.
4. **DMV Query Results** - The Mobile Data Terminals do not save the DMV or other query results, so we are not in possession of the DMV query results for Ms. O'Connor or Ms. Simpson from the day of the arrest.
5. **Police Reports of prior contacts** – the Garfield County Sheriff's Office is not in possession of police reports of prior contacts, including June 21, 2024. These records may be in the possession of the Mesa County Sheriff's Office or Grand Junction Police Department.
6. **BWC records** – Please open the zip files of GC54 and 55. 54 should be video files from all Deputies on the task force, and 55 should be video files from other Deputies and Officers. Again, please verify on the SharePoint link. We believe the bulk of BWC video files may have been the issue with Dropbox.
7. **26(a)(1) disclosures** – We were able to identify three of those individuals and have provided supplemental 26(a)(1) disclosures, included in Dani's email. We are unaware of the identity of Lannette Timbreza.
8. **Gaps in Bates Numbers** – Please see the SharePoint disclosures. We did identify a gap in GC39 and GC40 (your message noted "29" perhaps a typo?), as two files that did not get transferred to SharePoint. Those have been included and are available for download. I'm not sure where your higher bates numbers come from, as our bates numbers, after corrections, only extend to GC3403.

Again, please see the SharePoint download link that Danni sent to make sure you have the correct downloads. We apologize for the difficulty with Dropbox. Please feel free to call to discuss any of the above, and especially for further consultation prior to raising any discovery disputes.

Thanks,

**Graham Jackson**

Deputy Garfield County Attorney

108 8th Street, Suite 219

Glenwood Springs, CO 81601

Office: 970-945-9150

Direct: 970-945-1377 x 1700

Garfield County

This transmission may be: (1) subject to the Attorney-Client Privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this communication in error, please immediately notify our office at 970-945-9150 and destroy this message. Do not forward this email without authorization from the Garfield County Attorney's Office. Thank you.

---

**From:** Zach Shiffler <zach@rightslitigation.com>
**Sent:** Wednesday, March 4, 2026 6:01 PM
**To:** Graham Jackson <gjackson@garfieldcountyco.gov>; Heather Beattie <hbeattie@garfieldcountyco.gov>; Danielle Veals <DVeals@garfieldcountyco.gov>
**Cc:** Ed Hopkins <ed@rightslitigation.com>
**Subject:** O'Connor v. Mulkey, et al. - Garfield County SDT responses

EXHIBIT 2

Graham and Heather,

[Quoted text hidden]

---

[Quoted text hidden]