EXHIBIT 6



Received Time: 22:15:38 07-30-24 Source ORI: CO023013N
Summary: AM:(CO023013N) GAG
■View Message Details
103

IR: 24-468
CALL: 20:23
CUSTODY: 21:57

--------------------ORIGINAL MESSAGE--------------------

*** ATTN: UNKNOWN

CCIC REPLY

CO023013N

*** CCIC PERSON OF INTEREST ***

*** CONFIRM VALIDITY AT ONCE WITH ORI ***

MKE/FELONY - WANTED PERSON
RTY/FEL FELONY -
CIC/156093856 NIC/W785547931
ORI/CO0390100 GRAND JUNCTION POLICE DEPARTMENT
NAM/SIMPSON,JENNIFER ELIZABETH SEX/F RAC/W
DOB/19760613
HGT/501 WGT/160 EYE/BLU HAI/BRO POB/CO
SOC/522174492 SID/965922 FBI/94610FB0
SMT/TAT R FGR
SMT/TAT CHEST
SMT/TAT R HND
SMT/TAT L ARM

AKA/TIPPY,JENNIFER ELIZABETH
AKA/MILLER,JENNIFER ELIZABETH

MIS/NATIONWIDE EXTRADITION TEN THOUSAND DOLLAR CASH OR SURETY BOND RETURN
COURT MON THROUGH FRI AT 1330 MESA COUNTY JUSTICE CENTER 125 N
SPRUCE ST GRAND JUNCTION CO 81501
OFF/2399 LARCENY
EXL/FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
BND/10000
OCA/24-19531 DOW/20240718
DOO/20240210 EXP/NONEXP

SUPPLEMENTAL ADDRESS INFORMATION

DKT/D0392024CR000730 IDN/2 CTI/CO039015J
(CHARGE INFORMATION)

CRS/18-4-401(1),(2)(G) CRD/THEFT-$5,000-$20,000 CLS/F5 CNTS/1
DTE/20240718 TME/1530 TID/JBTC TOI/50000
DLU/20240718 TLU/1541 UTO/86433
ORI/CO0390100 GRAND JUNCTION POLICE DEPARTMENT
MRI 767431 IN: HFS1 39425 AT 20:25 30JUL24
OUT: GCH 55 AT 20:25 30JUL24

EXHIBIT 6



------------------END ORIGINAL MESSAGE------------------

/S/BETANCOURT, XOCHITL.
AUTH/GARFIELD COUNTY COMM CENTER.
FROM: GCH GARFIELD COUNTY COMM CENTER
TO: GARFIELD COUNTY SHERIFF'S OFFICE (JAIL)

MRI 805865 IN: GCH 59 AT 22:15 30JUL24
OUT: GAG 105 AT 22:15 30JUL24

EXHIBIT 6

# Inmate Property Inventory Report

Print Date/Time: 07/30/2024 23:56
Login ID: mfulton

Garfield County Sheriff's Office
ORI Number: CO0230000

Inmate: SIMPSON, JENNIFER ELIZABETH

Booking Number: 2024-00067682

## Possessions

| Possession | Condition | Quantity | Location | Container | Bag # |
|---|---|---|---|---|---|
| Money | | 1 | Money Safe | Money Safe | |
| Description: 0.00 | | | | | |
| Clothing | | 1 | Property Room | Property Bag | 003 |
| Description: BLK DRESS | | | | | |
| Small Property | | 1 | Property Room | Property Bag | 003 |
| Description: 1 GRY BRCKLT, 1 GRY RING, 1 GRY NECKLCE, 2 GRY EARRINGS | | | | | |

## Issued Items

| Item | Condition | Size | Color | Quantity | Issued By |
|---|---|---|---|---|---|

This certifies that the above items are correct.

Officer: [signature] Date: 7/31/24

Inmate: [signature] Date:



GC000000891

EXHIBIT 6

Jul 31, 2024 1:53:13 AM Printed By: 89809 from: GAG

Received Time: 01:52:15 07-31-24 Source ORI: CODMV0000
Summary: QW: CAR=1127 NAM=OCONNOR,JENNIFER DOB=19770623
■View Message Details

*** CCIC INFO MAY BE USED FOR CRIMINAL JUSTICE PURPOSES ONLY ***

*** ONLY COLORADO DMV FILES WERE SEARCHED - COLORADO PIN = OLN ***

*** MAY CONFIRM WITH COOLN0000 BEFORE TAKING ENFORCEMENT ACTION ***

## Colorado Driver's License

Name and Mailing Address
JENNIFER MARIE O'CONNOR
957 BELFORD AVE
GRAND JUNCTION, CO 81501-3132

| | | |
|---|---|---|
| Number<br>94-326-2306 | Sex<br>F | DOB<br>19770623 |
| Height<br>5' 02" | Weight<br>115 lbs | Expires<br>20280623 |
| Eye Color<br>GRN | Hair Color<br>RED | Issued<br>20230326 |
| SSN<br>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 | Disab<br>NO | Donor<br>YES |
| Alias Name<br>JENNIFER MARIE SIMPSON | | Alias DOB<br>19770623 |

| Type | Status | Class |
|---|---|---|
| Adult State ID | CANCELED/DENIED - JUDGMENT | |
| CDL | CANCELED/DENIED - JUDGMENT | |

MRI 863997 IN: DOR 5022 AT 01:52 31JUL24
OUT: GAG 24 AT 01:52 31JUL24

EXHIBIT 6

Aug 28, 2024 3:25:09 PM Printed By: 49167 from: GAR

**Received Time:** 14:32:18 08-26-24 **Source ORI:** COCBI0000
**Summary:** AM:(COCBI0000) CBI CO0390100 CO0230000 CO0230800 ITF

View Message Details

***CBI UPDATE TO THIS WIN***

A FINGERPRINT COMPARISON HAS BEEN COMPLETED AND CONCLUDED THAT SID/977163 (JENNIFER MARIE) AND SID/965922 (JENNIFER ELIZABETH) ARE **NOT** THE SAME PERSON. PCN/02391000046890 HAS BEEN DELETED FROM ALL DATABASES. A MISIDENTIFICATION LETTER HAS BEEN CREATED AND A "VICTIM OF MISIDENTIFICATION" WARRANT HAS BEEN ENTERED INTO CCIC (CIC/156449386) IN AN EFFORT TO HELP PREVENT ANY FUTURE ISSUES. A LAW ENFORCEMENT PACKET WITH COPIES OF ALL OF THIS INFORMATION HAS BEEN SENT TO SO GARFIELD AS WELL AS AN ARRESTEE PACKET. IT IS THE RESPONSIBILITY OF THE AGENCY TO ENSURE THAT THE VICTIM IS PROVIDED WITH THIS PACKET.

A REQUEST HAS BEEN SENT TO THE COURTS AS WELL TO HAVE THE INCORRECT SID (SID/977163) REMOVED FROM THE DOCKET.

CBI HAS COMPLETED THIS WIN.

IF ANYONE HAS ANY QUESTIONS OR CONCERNS ABOUT THIS MATTER, PLEASE CONTACT THE CBI WIN TEAM AT: CDPS_CBI_IDENT_WIN@STATE.CO.US

THANK YOU,

MEGAN CAPRARO
FINGERPRINT EXAMINER II
CBI BIOMETRIC IDENTIFICATION AND RECORDS UNIT
--------------------ORIGINAL MESSAGE--------------------

--------------------ORIGINAL MESSAGE--------------------

TO CBI, ITK

WARRANT IDENTIFICATION NOTIFICATION
***THIS NOTIFIES THIS AGENCY THAT AN ARRESTEE MAY NOT BE THE SAME PERSON AS IDENTIFIED IN THE LISTED WARRANT OR OTHER ARREST DOCUMENT. PLEASE REVIEW ALL LOCAL RECORDS RELATED TO THE ARREST OF THIS INDIVIDUAL AND CORRECT LOCAL RECORDS WHERE NECESSARY.***

***PER CCIC POLICY THIS AGENCY MUST REPLY TO THIS MESSAGE WITHIN THREE DAYS. IN THE RESPONSE PROVIDE ANY CORRECTIONS MADE TO LOCAL RECORDS AND/OR CCIC RECORDS. REPLY TO ALL DESTINATIONS LISTED.***

DESTINATION 1/CBI
WANTING AGENCY/ITK
ARRESTING OR DETAINING AGENCY/
DESTINATION 4/
DESTINATION 5/
DESTINATION 6/
DESTINATION 7/

ARRESTEE INFORMATION(AS SUBMITTED TO CBI)
NAME/SIMPSON,JENNIFER ELIZABETH DOB/19760613
RACE/W SEX/F HGT/ WGT/ EYE/ HAI/
SID/965922 FBI/ MUG SHOT AVAILABLE?/Y

ARRESTEE CONTACT INFORMATION
ADR/957 BELFORD AVE
CIS/GRAND JUNCTION ZIP/81501
PHN/564-900-0070

ARRESTEE IN CUSTODY? _N_
MIS-ID CONSENT FORM SIGNED AND ON FILE? _N_
ARRESTEE TO BE RELEASED? _Y_
ARREST SUBMITTED TO CBI VIA LIVESCAN? _Y_

EXHIBIT 6



```
PCN/02391000046890
DOA/20240730
ARRESTING AGENCY/GARFIELD COUNTY SHERIFF'S OFFI
POINT OF CONTACT/KIYVON NYE
POINT OF CONTACT EMAIL/KNYE@GARCOSHERIFF.COM
PHONE/970-665-0201

WARRANT INFORMATION
       MASTER NAME ON WARRANT/SIMPSON,JENNIFER ELIZABETH
       AKA NAME ON WARRANT/
       DOB/19760613
       RACE/W    SEX/F    HGT/    WGT/    EYE/    HAI/
       SID/    FBI/
WARRANT CIC/NCIC #  156093856    OCA #  24-19531    DOCKET #

POSSIBLE ERROR:
     ___   1. INCORRECT SID ON WARRANT
     ___   2. INCORRECT DRIVERS LICENSE
     ___   3. ARRESTEE PROVIDED FALSE INFORMATION
     ___   4. WANTED PERSON/SUSPECT PROVIDED FALSE INFORMATION
     _X_   5. WANTED AND ARRESTED HAVE SAME PERSONAL INFORMATION
              AS SPECIFIED BELOW IN ADDITIONAL INFORMATION
     ___   6. VAGUE IDENTIFICATION INFORMATION ON WARRANT
     ___   7. NO MATCH ON IDENTIFICATION INFORMATION
     ___   8. OTHER - EXPLAIN BELOW IN ADDITIONAL INFORMATION

ADDITIONAL INFORMATION/

AUTHORIZATION:
/S/NYE, KIYVON MARIE.
AUTH/GARFIELD COUNTY SHERIFF - GLENWOOD SPRINGS.
MRI 4059407 IN: GAR 2 AT 11:39 21AUG24
OUT: ITK 45 AT 11:39 21AUG24
------------------END ORIGINAL MESSAGE------------------


/S/MICKELSON, RICHARD.
AUTH/COLORADO BUREAU OF INVESTIGATION - DENVER.
FROM: ITK COLORADO BUREAU OF INVESTIGATION - IDENT UNIT
  TO: COLORADO BUREAU OF INVESTIGATION - IDENT UNIT

MRI 4147791 IN: ITK 2 AT 13:26 21AUG24
OUT: ITF 265 AT 13:26 21AUG24
------------------END ORIGINAL MESSAGE------------------


/S/CAPRARO, MEGAN KATHLEEN.
AUTH/COLORADO BUREAU OF INVESTIGATION - DENVER.
FROM: ITF COLORADO BUREAU OF INVESTIGATION - IDENT UNIT
  TO:

MRI 4355204 IN: ITF 376 AT 17:44 21AUG24
OUT: GAR 11 AT 14:32 26AUG24
****** BEGIN EXCEPTIONS:
GUARDED COPY OF MY MESSAGE SENT TO STATION (GCC)
****** END EXCEPTIONS ******
```

EXHIBIT 6

COLORADO
Bureau of Investigation
Department of Public Safety

Biometric Identification and Records Unit
690 Kipling Street, Suite 4000
Lakewood, CO 80215
303-239-4208

August 21, 2024

LAW ENFORCEMENT PACKET

RE: O'CONNOR, JENNIFER MARIE DATE OF BIRTH: 6/23/1977

A request for a Record Challenge was submitted by Garfield County Sheriff's Office via the WIN process. The Record Challenge process has been completed by the Colorado Bureau of Investigation. Attached is the original WIN form as well as a copy of the Mis-ID entry. Also provided is a copy of the Mis-ID letter and an updated copy of the record in question in public version provided to the arrestee for your files.

The second group of documents are to be given to the arrestee. These include a cover letter, the original Mis-Identification letter issued along with two copies of the original letter and a copy of their record in public version or a no criminal history letter if there is no Colorado criminal record of arrest. It is recommended that you direct the arrestee to retain the original letter in a secure location. Copies of the original may be made by the arrestee as needed.

Since a record may be established after the time the report was requested, the data is only valid as of the date issued. Therefore, if there is a subsequent need for the record, it is recommended that another check be made.

**Falsifying or altering this document with the intent to misrepresent the contents of the record is prohibited by law, and may be punishable as a felony when done with the intent to injure or defraud any person.**

Sincerely,
Chris Schaefer, Director
Colorado Bureau of Investigation

By: Teresa Mucha
Manager
Biometric Identification and Records Unit

/mkc