**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01854-JLK

JENNIFER MARIE O'CONNOR,

Plaintiff,

v.

DAVID MULKEY, NATHAN LAGIGLIA, MIKE TYLER in their individual capacities

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I, Alexa Schwartzman of the Civil Rights Litigation Group, hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Jennifer Marie O'Connor.

DATED at Denver, Colorado this 4th day of November, 2026.

Respectfully submitted by,

/s/ Alexa Schwartzman
Alexa Schwartzman, Registration #63628
Civil Rights Litigation Group, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
Phone: (720) 515-6165
alexa@rightslitigation.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Graham L. Jackson
gjackson@garfieldcountyco.gov

Heather K. Beattie
hbeattie@garfieldcountyco.gov

*s/ Alexa Schwartzman*
Alexa Schwartzman