IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01854-JLK-KAS

JENNIFER MARIE O'CONNOR,

Plaintiff,

v.

DAVID MULKEY, et al.,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on a discovery dispute emailed to chambers on November 4, 2026. After conferral with the parties,

IT IS HEREBY **ORDERED** that a Discovery Hearing is **SET** for **DECEMBER 3, 2026, at 9:30 a.m.** before United States Magistrate Judge Kathryn A. Starnella in Courtroom A501 of the Alfred A. Arraj Courthouse.

IT IS FURTHER **ORDERED** that the parties shall familiarize themselves with the undersigned's Discovery Dispute Hearing Procedures, which are posted on the Court's website at www.cod.uscourts.gov.

Dated: November 6, 2026