# LaGiglia Supplemental

# SPEAR

*Special Problems Enforcement and Response Team*

## CASE REPORT

**SPEAR Case Number:** TF24-468

| | | | |
|---|---|---|---|
| **Reporting Officer:** | TFO LaGiglia | **Date of Incident:** | 07/30/24 |
| **Case Agent:** | TFO Mulkey | **Date of Report:** | 08/01/24 |

**TERMINOLOGY**

| | |
|---|---|
| SPEAR | Special Problem Enforcement and Response Team |
| TFO | Task Force Officer |
| SGT | Sergeant |
| TFC | Task Force Commander |
| OTF | Official Task Force Funds |
| TGW | Total Gross Weight (including drugs and packaging) |
| CI | Confidential Informant |
| SOI | Source of Information |
| UC | Under Cover |

**Narrative:**

On July 30, 2024 at approximately 2023 hours, TFO Mulkey advised he had visually observed a female identified as Jennifer Simpson DOB 06/13/76, exit and then re-enter the residence 197 E Carson Cir, in Battlement Mesa, near the Town of Parachute, Garfield County, Colorado. Additionally, TFO Mulkey advised a vehicle registered to her was parked in the driveway of the home.

TFO Mulkey advised that Jennifer had an active felony warrant out of the Mesa County area. TFO Mulkey stated he was parked across the street from 197 E Carson Cir, when Jennifer, who had pink colored hair and was wearing a black dress came outside. TFO Mulkey advised Jennifer appeared to rush back inside after seeing him parked across the street.

197 E Carson Cir, is known to TFO's as an address for high amounts of drug activity and is often a frequented and inhabited residence by individuals with warrants. The home owner, Justin Z. Raulerson, is known to TFO's from multiple past drug investigations as a distributor of illegal drugs.

Within approximately 10 minutes of TFO Mulkey observing the female TFC Tyler and I arrived on scene. We knocked loudly on the door and banged our fist on the side of the house. We identified ourselves as law enforcement and I called to both Justin and Jennifer by name. I yelled to Jennifer that she had a warrant and she needed to exit the home. Nobody came to the door but we remained there announcing ourselves. We yelled to Justin we would obtain a search warrant for the home if Jennifer continued to hide herself inside.

Exhibit A

There was a window facing the street that was broken and open exposing the curtains covering the window to the outside. Another window on the opposite side of the house, was completely open and TFC Tyler yelled into it announcing our presence. Despite this, Jennifer still refused to come to the door.

TFO Mulkey yelled to both Jennifer and Justin that they were both under arrest and when there was still no response, he went to obtain a search warrant. TFC Tyler and I remained at the front of the house watching the front door and the window that faced the street while a search warrant was reviewed and signed. TFO Lara and Deputy Fruetel maintained a constant perimeter and visual of the opposite of the house.

At approximately 2148 hours, TFO Mulkey advised a Judge had signed the search warrant and an ambulance was put on standby for the preceding execution. TFO's and Deputies approached the front door and again made loud announcements identifying ourselves and that we were there for the purpose of a search warrant. Justin and Jennifer still refused to come to the door so Sgt Burrows used a ram to hit the door open.

After the door was hit open, we could hear Justin say he was coming from inside. The door naturally swung closed as Justin approached and reopened it. He stood in the doorway asking what he did and was order to step out. He took one step out and I grabbed him by the right wrist and pulled him down the stairs where he was handcuffed by LT Baker and Sgt Burrows.

We called to Jennifer and she responded from inside the house. When she came to the door she was ordered to step out and I grabbed her wrist and guided her down the steps. I placed her in handcuffs and then walked her out to my patrol vehicle.

While walking I did not ask Jennifer questions, other than if she had pockets in her dress or was wearing shorts underneath with pockets. Jennifer asked about what was going on and denied that she had heard us outside or heard her name. I advised he were there hitting the door announcing ourselves for approx. ten minutes and I could hear them moving around inside. Jennifer spontaneously and voluntarily made the statement that Justin was on the phone with his lawyer who was advising them not to come out.

Upon being secured in the back of my patrol vehicle, Jennifer began to deny that she had a warrant. She stated her name was Jennifer O'Connor not Jennifer Simpson. I used a biometric scanner to obtain her finger print and confirm her identity. Jennifer's finger prints showed she was known by the names "Jennifer Simpson" and "Jennifer O'Connor" with the date of birth 06/23/77. Jennifer then advised that "Simpson" was her married name. She stated that her ex-husband, of the last name "Simpson" had married another woman who also had the first name of Jennifer.

She confirmed that the pickup truck registered to "Jennifer Simpson" that was parked in Justin's driveway was also hers. Furthermore, there was no record for Jennifer O'Connor but the DMV photo for Jennifer Simpson looked nearly identical to the booking photo that came associated to her fingerprints.

Based on this it was believed that Jennifer Simpson and Jennifer O'Connor was the same person with a clerical error on the warrant for the date of birth. I transported Jennifer to the Garfield County Jail where TFO Lara had requested a criminal history for Jennifer Simpson be pulled. It showed a recent history of multiple charges for identity theft out of the Grand Junction area. Jennifer was booked into the jail for her warrant under the name Jennifer Simpson with the alias of Jennifer O'Connor.

Her warrant had the following information:
BOND: 10000
DKT: D0392024CR 730

OCA: 24-19531
DATE OF WARRANT: 07/18/24

**Attachments**:

Warrant

**Evidence:**

None

**Body Worn Camera**:

Yes, uploaded to Evidence.com

**Digital Pictures**:

No