**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-01854-JLK

JENNIFER MARIE O'CONNOR,

Plaintiff,

v.

DAVID MULKEY, NATHAN LAGIGLIA, MIKE TYLER in their individual capacities,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH PLAINTIFF'S SUBPOENA DUCES TECUM TO GARFIELD COUNTY**

---

Through the Garfield County Attorney's Office, Deputy County Attorney Graham Jackson, and County Attorney Heather Beattie, on behalf of the Garfield County Sheriff's Office ("Sheriff's Office"), hereby files this Unopposed Forthwith Motion for Extension of Time to Respond to Plaintiff's Motion to Compel Compliance with Plaintiff's Subpoena Duces Tecum to Garfield County ("Motion") and in support thereof states as follows:

**Conferral Certification**

Pursuant to Rule 26(c)(1) and D.C. Colo. L. Civ. R. 7.1(a) undersigned counsel certifies that counsel conferred with Zachary Shiffler, counsel for Plaintiff, who is unopposed.

1. Plaintiff filed a Motion to Compel Compliance with Plaintiff's Subpoena Duces Tecum to Garfield County on November 2, 2026.

2. Defendant's response is due November 23, 2026. Defendants are working diligently to gather declarations related to Plaintiff's requests; however, due to other pending

deadlines, prior commitments and the upcoming holiday, Plaintiff requests an extension of time to file their response through and including November 30, 2026.

For all the aforementioned reasons, the Garfield County Sheriff's Office respectfully requests that the Court extend the response deadline an additional seven days, through and including November 30, 2026.

Respectfully submitted this 20th day of November 2026.

**OFFICE OF THE GARFIELD COUNTY ATTORNEY**

*/s/ Heather K. Beattie*
Heather K. Beattie
County Attorney
Garfield County Attorney's Office
108 8th Street, Suite 219
Glenwood Springs, CO 81601
Telephone: (970) 945-9150
Fax: (970) 384-5005
E-mail: hbeattie@garfieldcountyco.gov

*/s/ Graham L. Jackson*
Graham L. Jackson
Assistant County Attorney
E-mail: gjackson@garfieldcountyco.gov

*Attorneys for Garfield County Sheriff's Office*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20th, 2026, I filed the foregoing UNOPPOSED FORTHWITH MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH PLAINTIFF'S SUBPOENA DUCES TECUM via CM/ECF which will serve a true and correct copy upon the following:

Zachary Shiffler
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: zach@rightslitigation.com
*Attorney for Plaintiff*

Edward C. Hopkins Jr.
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: ed@rightslitigation.com
*Attorney for Plaintiff*

Raymond K. Bryant
Civil Rights Litigation Group
1543 Champa Street, Suite 400
Denver, Colorado 80202
T: 720.515.6165
F: 720.465.1975
E: raymond@rightslitigation.com
*Attorney for Plaintiff*

*/s/Danni Veals*______________
Paralegal